FREDERICO ZUNINO, Appellant, *v.* PARODI CIGAR COMPANY, INCORPORATED, Respondent.

Reported below, 186 App. Div. 506; 188 App. Div. 955.

(Argued September 29, 1919; decided October 7, 1919.)

MOTION to dismiss an appeal from a judgment entered July 25, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department,

which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and reinstated said verdict. Also motion to dismiss appeal from an order of said Appellate Division, entered June 7, 1919, which affirmed an order of Special Term denying plaintiff's motion to set aside the verdict and for a new trial.

The motion was made upon the ground that permission to appeal had not been obtained.

*Samuel F. Frank* for motion.

*John B. Doyle* opposed.

Motion denied, with ten dollars costs.